UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RONY SANTAMARIA ORELLANA,

    Petitioner,

    v.

NIKITA BAKER,
in her official capacity as Director of
Baltimore Field Office, U.S. Immigration and
Customs Enforcement,
TODD LYONS,
in his official capacity as Acting Director of
U.S. Immigration and Customs Enforcement,
KRISTI NOEM,
in her official capacity as Secretary of the
U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND
SECURITY, and
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.

Civil Action No. 25-1788-TDC

## ORDER

For the reasons stated during the June 6, 2025 Case Management Conference, it is hereby ORDERED that:

1. Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court extends the injunction set by Amended Standing Order 2025-01, ECF No. 3, through the briefing schedule to be set by the Court and until resolution of the issues addressed in the briefs. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603, 604 (1966) (recognizing under the All Writs Act "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory

channels"). Respondents, including all those acting for them or on their behalf, are thus ENJOINED and RESTRAINED from removing Petitioner Rony Santamaria Orellana from the continental United States or altering his legal status until further order of this Court.

2. Respondents are directed to ensure that the custodian of Petitioner Rony Santamaria Orellana is served with this Order immediately.

Date: June 6, 2025

THEODORE D. CHUANG
United States District Judge