UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RONY SANTAMARIA ORELLANA,

    Petitioner,

    v.

NIKITA BAKER,
in her official capacity as Director of the
Baltimore Field Office, U.S. Immigration and
Customs Enforcement,
TODD LYONS,
in his official capacity as Acting Director of
U.S. Immigration and Customs Enforcement,
KRISTI NOEM,
in her official capacity as
Secretary of Homeland Security,
U.S. DEPARTMENT OF
HOMELAND SECURITY, and
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

    Respondents.

Civil Action No. 25-1788-TDC

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Petitioner Rony Santamaria Orellana's Petition for a Writ of Habeas Corpus, ECF No. 1, is GRANTED.

2. Respondents are directed to release Santamaria Orellana from the Baltimore Field Office of U.S. Immigrations and Customs Enforcement located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21201, on or before **Wednesday, August 27, 2025 at 5:00 p.m.**, under the same conditions governing his previous release, specifically

enrollment in the Compliance Assistance Reporting Terminal program with yearly reporting requirements.

3. The parties shall file a Joint Status Report by **Friday, August 29, 2025** to confirm Respondents' compliance with this Order.

4. The Court shall retain jurisdiction of this matter to enforce compliance with this Order.

Date: August 25, 2025

THEODORE D. CHUANG
United States District Judge