UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RONY SANTAMARIA ORELLANA,

    Petitioner,

v.

NIKITA BAKER,
*in her official capacity as Director of
Baltimore Field Office, U.S. Immigration and
Customs Enforcement,*
TODD LYONS,
*in his official capacity as Acting Director of
U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*in her official capacity as Secretary of the
U.S. Department of Homeland Security,*
U.S. DEPARTMENT OF HOMELAND
SECURITY, and
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.

Civil Action No. 25-1788-TDC

**ORDER**

Upon receipt of the parties' Joint Status Report, ECF No. 24, it is hereby ORDERED that:

1. Respondents shall comply forthwith with the Court's August 25, 2025 Order, ECF No. 22, and suspend any conditions imposed in violation of that Order.

2. Respondents are granted leave to file a Motion pursuant to Federal Rule of Civil Procedure 59(e) within **3 days** of the date of this Order. Any Motion shall provide the legal authority for Respondents' proposed modifications to the terms of the Order.

3. If Respondents file a Motion, Petitioner's memorandum in opposition to the Motion will be due within **3 days** of the date on which Respondents' Motion is filed.

4. No reply brief shall be filed unless requested by the Court.

Date: September **2**, 2025



THEODORE D. CHUANG
United States District Judge