UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RONY SANTAMARIA ORELLANA,

    Petitioner,

v.

NIKITA BAKER,
*in her official capacity as Director of
Baltimore Field Office, U.S. Immigration and
Customs Enforcement,*
TODD LYONS,
*in his official capacity as Acting Director of
U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*in her official capacity as
Secretary of Homeland Security,*
U.S. DEPARTMENT OF HOMELAND
SECURITY, and
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.

Civil Action No. 25-1788-TDC

**ORDER**

Upon review of Petitioner Rony Santamaria Orellana's Emergency Motion for Temporary Restraining Order and Motion for Order to Show Cause Why Respondent Should Not Be Held in Contempt, ECF No. 28, it is hereby ORDERED that:

1. Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court extends the injunction set by Amended Standing Order 2025-01, ECF No. 3, through the resolution of the Motion for a Temporary Restraining Order in order to preserve the Court's jurisdiction during the review of this matter. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603, 604 (1966) (recognizing under the All Writs Act "a limited judicial power to preserve the court's

jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels"). Respondents, including all those acting for them or on their behalf, are thus ENJOINED and RESTRAINED from removing Petitioner Rony Santamaria Orellana from the continental United States or altering his legal status until further order of this Court.

2. Respondents are directed to ensure that the custodian of Petitioner Rony Santamaria Orellana is served with this Order immediately.

Date: September 11, 2025

THEODORE D. CHUANG
United States District Judge