UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RONY SANTAMARIA ORELLANA,

    Petitioner,

v.

NIKITA BAKER,
*in her official capacity as Director of the
Baltimore Field Office,
U.S. Immigration and Customs Enforcement,*
TODD LYONS,
*in his official capacity as Acting Director of
U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*in her official capacity as
Secretary of Homeland Security,*
U.S. DEPARTMENT OF
HOMELAND SECURITY, and
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.

Civil Action No. 25-1788-TDC

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Respondents shall release Petitioner Rony Santamaria Orellana from the Baltimore Field Office of U.S. Immigrations and Customs Enforcement ("ICE") located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21201, on or before **Friday, October 10, 2025 at 4:00 p.m.**, under the same conditions governing his previous release, specifically, enrollment in the Compliance Assistance Reporting Terminal program with yearly reporting requirements.

2. The order to release Santamaria Orellana will be suspended if (1) on or before **Friday, October 10, 2025 at 12:00 noon**, Respondents submit direct evidence that an ICE Executive Associate Director or an ICE Field Office Director made the determination to revoke Santamaria Orellana's release on September 10, 2025; and (2) the Court, upon review of such evidence, issues an Order suspending the release requirement.

3. Santamaria Orellana's Motion for a Preliminary Injunction, ECF No. 36, is GRANTED in that the Court enters the present Order and the accompanying Preliminary Injunction.

4. The parties shall file a Joint Status Report by **Tuesday, October 14, 2025 at 12:00 noon** to confirm Respondents' compliance with the terms of this Order.

5. The Court shall retain jurisdiction of this matter to enforce compliance with this Order and the Preliminary Injunction.

Date: October 7, 2025

THEODORE D. CHUANG  
United States District Judge