UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RONY SANTAMARIA ORELLANA,

    Petitioner,

v.

NIKITA BAKER,
*in her official capacity as Director of the Baltimore Field Office,
U.S. Immigration and Customs Enforcement,*
TODD LYONS,
*in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*in her official capacity as Secretary of Homeland Security,*
U.S. DEPARTMENT OF HOMELAND SECURITY, and
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondents.

Civil Action No. 25-1788-TDC

**PRELIMINARY INJUNCTION**

For the reasons set forth in the accompanying Memorandum Opinion and Order, which are incorporated by reference, it is hereby ORDERED that:

1.     Respondents Nikita Baker, Acting Director of the Baltimore Field Office of United States Immigration and Customs Enforcement ("ICE"); Todd Lyons, Acting Director of ICE; Secretary of Homeland Security Kristi Noem; the United States Department of Homeland Security; and ICE, as well as all of their successors, officers, agents, servants, employees, appointees, and attorneys, and all other persons who are in active concert and participation with them (collectively, "Respondents"), are ENJOINED as follows:

Respondents are ENJOINED from removing Petitioner Rony Santamaria Orellana from the United States to Mexico unless (1) he has first received review by an immigration judge ("IJ"), pursuant to 8 C.F.R. § 1208.31(g), of the United States

Citizenship and Immigration Services asylum officer's negative decision regarding whether he has a reasonable fear of persecution or torture if removed to Mexico; and (2) all other requirements of 8 C.F.R. § 1208.31(g) have been satisfied.

2. Pursuant to Federal Rule of Civil Procedure 65(c), the $100 bond previously posted in relation to the Court's Temporary Restraining Order, ECF No. 34, will serve as the bond for the Preliminary Injunction.

3. This Preliminary Injunction shall take effect immediately upon the docketing of this Order and shall supersede the Temporary Restraining Order.

4. Respondents are directed to ensure that the custodian of Petitioner Rony Santamaria Orellana is served with this Preliminary Injunction immediately.

Violations of this Preliminary Injunction shall subject Respondents and all other persons bound by this Order to all applicable penalties, including contempt of court.

Date: October 7, 2025

THEODORE D. CHUANG
United States District Judge